# Court of Appeals
# of the State of Georgia

ATLANTA,  May 12, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1798. SIDNEY KARR v. MNSF II W1, LLC.

This dispossessory case originated in magistrate court. Following an adverse ruling, Sidney Karr filed a petition for review in superior court. The superior court dismissed the petition, and Karr filed this direct appeal. We, however, lack jurisdiction.

Because the underlying issue involves the superior court's de novo review of a magistrate court ruling, Karr was required to follow the discretionary appeal procedures in order to appeal. OCGA § 5-6-35(a)(1); *Greig v. Putnam County*, 237 Ga. App. 57, 57 (513 SE2d 294) (1999). Karr's failure to comply with the requisite appellate procedure deprives this Court of jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  05/12/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.